JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LINDA WILLS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO, a Government Entity; ANABEL ROMERO, an individual,<br><br>　　　　Defendant. | Case No. 5:18-cv-02654-MWF (SPx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:　　Michael W. Fitzgerald<br>Trial Date:　May 5, 2020 |

The Court, having reviewed the parties' JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE, and good cause appearing therefore, hereby orders that:

The above-captioned matter is hereby dismissed in its entirety with prejudice. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: June 5, 2020

_____
Michael W. Fitzgerald
United States District Court Judge